The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CALIBER HOME LOANS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CROSSCOUNTRY MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:22-CV-00616-RAJ<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

The parties to this action, by and through their respective counsel and pursuant to Federal Civil Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action, with prejudice, each party to bear its respective costs of this action.

Dated:  November 20, 2023

| | |
|---|---|
| HILLIS CLARK MARTIN & PETERSON P.S. | JONES DAY |
| *s/ Eric D. Lansverk*<br>Eric D. Lansverk, WSBA #17218<br>999 Third Avenue, Suite 4600<br>Seattle, WA 98104<br>Tel:  (206) 623-1745<br>Email:  eric.lansverk@hcmp.com | *s/ Michael A. Platt*<br>Michael A. Platt (*Pro Hac Vice*)<br>901 Lakeside Avenue - North Point<br>Cleveland, OH 44114-1190<br>Tel:  (216) 586-3939<br>Email: maplatt@jonesday.com |
| RUBIN, FORTUNATO & HARBISON P.C. | STOEL RIVES LLP |
| *s/ Andrew D. DeLucia*<br>Andrew M. DeLucia (*Pro Hac Vice*)<br>1200 Liberty Ridge Drive, Suite 220<br>Wayne, PA 19087<br>Tel:  (610) 408-2025<br>Email:  ADelucia@rubinfortunato.com | *s/ James M. Shore*<br>James M. Shore, WSBA #28095<br>600 University Street, Suite 3600<br>Seattle, WA  98101<br>Tel: (206) 624-0900<br>Email: jim.shore@stoel.com |
| *Counsel for Plf Caliber Home Loans, Inc.* | *Counsel for Def Country Mortgage, LLC* |

STIPULATION OF DISMISSAL WITH PREJUDICE, 2:22-CV-00616-RAJ - 1

JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone:  9216) 586-3939

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600,
Seattle, WA  98101
Telephone 206.624.0900

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which in turn automatically generates a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice.

*s/ Eric D. Lansverk*
Eric D. Lansverk, WSBA #17218

STIPULATION OF DISMISSAL WITH PREJUDICE,
2:22-CV-00616-RAJ - 2

**JONES DAY**
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
*Telephone: 9216) 586-3939*

**STOEL RIVES LLP**
ATTORNEYS
600 University Street, Suite 3600,
Seattle, WA 98101
*Telephone 206.624.0900*